IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 23-cv-00447-CNS-NRN | Date: January 21, 2025 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| GEORGE CONKIN<br>**Plaintiff** | *David Roth* |
| v. | |
| STATE FARM MUTUAL AUTO INSURANCE COMPANY<br>**Defendant** | *Heather Salg* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 8:29 a.m.

Appearance of counsel.

Argument as to [46] Defendant's Motion for Summary Judgment given by Ms. Salg and Mr. Roth with questions from the Court.

**ORDERED:** [46] Defendant's Motion for Summary Judgment is DENIED.

**Settlement Conference with Magistrate Judge Prose is authorized.**

As outlined on the record, it is

**ORDERED:** [45] Defendant's Fed. R. Evid. 702 Motion to Strike Certain Opinions of Plaintiff Industry Standard Expert Berns is GRANTED.

[47] Plaintiff's Motion to Limit the Testimony of Defendant's Retained Expert Joel Varnell is GRANTED in part and DENIED in part.

Court in Recess: 9:02 a.m.          Hearing concluded.          Total time in Court: 00:33